UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FRANK I. GRAHAM,

    Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION, et al.,

    Defendants.

CASE NO. C23-0149-TL

REPORT AND RECOMMENDATION

Plaintiff Frank I. Graham, appearing *pro se*, filed an application to proceed *in forma pauperis* (IFP) and a proposed civil rights complaint pursuant to 42 U.S.C. § 1983. Dkt. 1. He names as Defendants the Federal Bureau of Investigation, the United States Central Intelligence Agency, and the United States Department of Health and Human Services. *See id.* Plaintiff's claims are difficult to decipher, but he appears to allege violations of his constitutional rights by governmental actors and agencies as evidenced by his history of hearing voices and sounds and suffering harassment and other harms. *See, e.g.,* Dkt. 1-2 at 8 ("I have been hearing human voices, jet airliner engines, bird chirps, and sirens outside Unit-#311 windows that follow me as I move from room to room.")

Pursuant to 28 U.S.C. § 1915(e)(2)(B), this Court may deny an application to proceed IFP and should dismiss a complaint if it is frivolous or fails to state a claim upon which relief may be

granted. Rule 8(a)(2) of the Federal Rules of Civil Procedure provides that for a pleading to state a claim for relief it must contain a short and plain statement of the claim showing that the pleader is entitled to relief. The factual allegations of a complaint must be "enough to raise a right to relief above the speculative level." *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007). A complaint must also allege facts to state a claim for relief that is plausible on its face. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009).

In this case, the proposed complaint fails to state a claim upon which relief may be granted and appears frivolous. There is, moreover, no reasonable basis for concluding the deficiencies in the proposed complaint could be cured by amendment. The Court therefore recommends the request to proceed IFP be DENIED and this case DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). A proposed order of dismissal accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **fourteen (14) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **February 24, 2023**.

Dated this 3rd day of February, 2023.

S. KATE VAUGHAN
United States Magistrate Judge